

A CERTIFIED TRUE COPY

MAR 1 7 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 28 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

U S DISTRICT COURT
MAR 2 0 2008
S. D. OF N. Y.

**IN RE: PEPSICO, INC., BOTTLED WATER MARKETING**
**AND SALES PRACTICES LITIGATION**

Amanda Litschke v. PepsiCo, Inc., et al.,          )
          E.D. California, C.A. No. 2:07-2100          )          MDL No. 1903

7: 08 cv 2914 (CLB)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On February 14, 2008, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Charles L. Brieant.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Brieant.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of February 14, 2008, and, with the consent of that court, assigned to the Honorable Charles L. Brieant.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 1 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: PEPSICO, INC., BOTTLED WATER MARKETING**
**AND SALES PRACTICES LITIGATION**                          MDL No. 1903


## INVOLVED COUNSEL LIST (CTO-1)


C. Brooks Cutter
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, CA 95864

Joshua Judah Pollack
PROSKAUER ROSE LLP
2049 Century Park, East
Suite 3200
Los Angeles, CA 90067-3206

Donald H. Tucker, Jr.
SMITH ANDERSON BLOUNT DORSETT ET AL
2500 Wachovia Capitol Center
P.O. Box 2611
Raleigh, NC 27601-2611