UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMANDA LITSCHKE,

              Plaintiff,

      v.

PEPSICO, INC., THE PEPSI BOTTLING
GROUP, INC. and PEPSI BOTTLING
VENTURES, LLC

              Defendants.
------------------------------------------------------------X

**NOTICE OF APPEARANCE**

7:08-cv-02914 (CLB)

ECF CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case on behalf of Defendants PepsiCo, Inc. and The Pepsi Bottling Group, Inc. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       April 18, 2008

                               PROSKAUER ROSE LLP

                               By: _____
                                   Louis M. Solomon
                                   1585 Broadway
                                   New York, NY 10036-8299
                                   (212) 969-3000

                               *Counsel for PepsiCo, Inc. and*
                               *The Pepsi Bottling Group*