UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
AMANDA LITSCHKE,                       :
                                       :
        Plaintiff,                :   **NOTICE OF APPEARANCE**
                                       :
  v.                                   :
                                       :
PEPSICO, INC., THE PEPSI BOTTLING      :   7:08-cv-02914 (CLB)
GROUP, INC. and PEPSI BOTTLING VEN-    :
TURES, LLC                             :   ECF CASE
                                       :
        Defendants.               :
------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case on behalf of Defendants PepsiCo, Inc. and The Pepsi Bottling Group, Inc. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       May 9, 2008

                                  PROSKAUER ROSE LLP

                                  By: _____
                                       Michael S. Lazaroff
                                       1585 Broadway
                                       New York, NY 10036-8299
                                       (212) 969-3000

                                       *Counsel for PepsiCo, Inc. and*
                                       *The Pepsi Bottling Group*